UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN REED KNESS, | No. CV 12-2185-CAS(CW) |
| Petitioner, | ORDER DISMISSING PETITION AS SUCCESSIVE |
| v. | |
| JAMES D. HARTLEY, Warden, | |
| Respondent. | |

Pro se petitioner is a prisoner in the custody of the State of California pursuant to a 1999 conviction in California Superior Court, San Luis Obispo County. This petition, which was transferred from the United States District Court for the Eastern District of California on March 14, 2012, is a challenge to that conviction and resulting sentence.  For the reasons discussed below, the petition must be dismissed as an unauthorized second or successive petition.

## Discussion

This is the third habeas challenge to Petitioner's 1999 state court conviction and sentence Petitioner has submitted to this court. The first was dismissed in September 2001, without prejudice, as

1  unexhausted. [See case no. CV01-7423-FMC(CT), docket nos. 3, 4.] The
2  second was dismissed *with prejudice* in a judgment entered February 14,
3  2006.  [See Case No. CV 05-5368-FMC(CW), docket nos. 13, 14.]
4       A new habeas petition that is brought under 28 U.S.C. § 2254 and
5  that challenges the same state court judgment addressed in one or more
6  prior § 2254 petitions disposed of with prejudice, such as the one in
7  this matter, is a "second or successive" petition.  A federal district
8  court may not consider a second or successive petition unless the
9  petitioner has first obtained an order from the proper federal circuit
10 court of appeals authorizing the district court to review the new
11 petition.  See 28 U.S.C. § 2244(b)(3)(A).  The court of appeals may
12 authorize review of a second or successive petition in the district
13 court only if the petitioner "makes a prima facie showing [to the
14 court of appeals] that the application satisfies the requirements of"
15 28 U.S.C. § 2244(b).  See 28 U.S.C. § 2244(b)(3)(C); Felker v. Turpin,
16 518 U.S. 651, 657, 116 S. Ct. 2333, 135 L. Ed. 2d 827 (1996).
17      Here, nothing in the court's docket or in Petitioner's filings
18 suggests Petitioner has received permission to file a second or
19 successive Petition for Writ of Habeas Corpus.  Because Petitioner has
20 failed to obtain the required order, this Petition is subject to
21 dismissal without prejudice. Petitioner may file a new petition in
22 this court if and only if he first obtains authorization from the
23 Ninth Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A).

**ORDERS:**

25      1.   It is hereby **ORDERED** that judgment be entered dismissing the
26 petition as successive.
27      2.   The clerk shall serve copies of this order and the judgment
28 herein on petitioner.

DATED: March 19, 2012

_____
CHRISTINA A. SNYDER
United States District Judge

Presented by:

Dated: March 15, 2012

_____
CARLA M. WOEHRLE
United States Magistrate Judge