1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  ALLEN REED KNESS,               )    No. CV 12-2185-CAS(CW)
                                    )
13              Petitioner,         )    ORDER DISMISSING PETITION
                                    )    AS SUCCESSIVE
14       v.                         )
                                    )
15  JAMES D. HARTLEY, Warden,       )
                                    )
16              Respondent.         )
    ————————————————————————————————)
17

18       <u>Pro</u> <u>se</u> petitioner is a prisoner in the custody of the State of

19  California pursuant to a 1999 conviction in California Superior Court,

20  San Luis Obispo County. This petition, which was transferred from the

21  United States District Court for the Eastern District of California on

22  March 14, 2012, is a challenge to that conviction and resulting

23  sentence.  For the reasons discussed below, the petition must be

24  dismissed as an unauthorized second or successive petition.

25                        **<u>Discussion</u>**

26       This is the third habeas challenge to Petitioner's 1999 state

27  court conviction and sentence Petitioner has submitted to this court.

28  The first was dismissed in September 2001, without prejudice, as

                                    1

1  unexhausted. [See case no. CV01-7423-FMC(CT), docket nos. 3, 4.] The

2  second was dismissed *with prejudice* in a judgment entered February 14,

3  2006. [See Case No. CV 05-5368-FMC(CW), docket nos. 13, 14.]

4      A new habeas petition that is brought under 28 U.S.C. § 2254 and

5  that challenges the same state court judgment addressed in one or more

6  prior § 2254 petitions disposed of with prejudice, such as the one in

7  this matter, is a "second or successive" petition.  A federal district

8  court may not consider a second or successive petition unless the

9  petitioner has first obtained an order from the proper federal circuit

10  court of appeals authorizing the district court to review the new

11  petition.  See 28 U.S.C. § 2244(b)(3)(A).  The court of appeals may

12  authorize review of a second or successive petition in the district

13  court only if the petitioner "makes a prima facie showing [to the

14  court of appeals] that the application satisfies the requirements of"

15  28 U.S.C. § 2244(b).  See 28 U.S.C. § 2244(b)(3)(C); Felker v. Turpin,

16  518 U.S. 651, 657, 116 S. Ct. 2333, 135 L. Ed. 2d 827 (1996).

17      Here, nothing in the court's docket or in Petitioner's filings

18  suggests Petitioner has received permission to file a second or

19  successive Petition for Writ of Habeas Corpus.  Because Petitioner has

20  failed to obtain the required order, this Petition is subject to

21  dismissal without prejudice. Petitioner may file a new petition in

22  this court if and only if he first obtains authorization from the

23  Ninth Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A).

24                              **ORDERS**:

25      1.  It is hereby **ORDERED** that judgment be entered dismissing the

26  petition as successive.

27      2.  The clerk shall serve copies of this order and the judgment

28  herein on petitioner.

DATED: March 19, 2012

_____
     CHRISTINA A. SNYDER
United States District Judge

Presented by:

Dated: March 15, 2012

_____
     CARLA M. WOEHRLE
United States Magistrate Judge

3