**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN REED KNESS, | No. CV 12-2185-CAS(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES D. HARTLEY, Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: March 19, 2012

_____
CHRISTINA A. SNYDER
United States District Judge